IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CASEY COX, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00114 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| CARRINGTON MORTGAGE | § | |
| SERVICES, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE

Before the Court is the Parties' Stipulation of Dismissal. [Dkt. 8]. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties are seeking a dismissal with prejudice as to Plaintiff's asserted claims or claims that could have been asserted in this matter and a dismissal without prejudice as to Defendant's asserted counterclaim or claims that could have been asserted in this matter.

It is therefore **ORDERED** that Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE** and Defendant's counterclaim is hereby **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that the Parties shall bear their own attorney's fees and costs.

It is also **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 25th day of April, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge